UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEVEN McCUNE,

       *Plaintiff,*

      -against-

COUNTY OF SUFFOLK, COUNTY OF SUFFOLK
POLICE DEPARTMENT, POLICE OFFICER JOHN
A. KURKLEN, in his individual and official capacity,
POLICE OFFICER MICHAEL S. TURANSKY, in his
individual and official capacity, POLICE OFFICER
CHRISTOPHER M. ZUCCARELLO, in his individual
and official capacity, POLICE OFFICER JOHN A.
VOHS, in his individual and official capacity, and
POLICE OFFICER "JOHN" AND "JANE" DOES
1-10, Shield Nos. Unknown, individually and in their
official capacities, as police officers of the COUNTY
OF SUFFOLK POLICE DEPARTMENT

       *Defendants.*
------------------------------------------------------------X

**Docket No.**: 2:14-cv-04431
    (LDW) (GRB)

  **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the

Plaintiff and Defendants, COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE

DEPARTMENT, POLICE OFFICER MICHAEL S. TURANSKY, POLICE OFFICER

CHRISTOPHER M. ZUCCARELLO, POLICE OFFICER JOHN A. VOHS, and POLICE

OFFICER JOHN A. KURKLEN herein that because of the criminal prosecution of Steven McCune,

Docket No.: 2012SU019535/9536, there shall be a stay of the above-captioned civil case until the

conclusion of the criminal case. The parties agree that for the purposes of this stipulation conclusion

shall mean a finding of not guilty on all counts in the indictment or upon a conviction of any count

in the indictment the sentencing of Roger.

  For purposes of this stipulation only, facsimile signatures shall be deemed original.

Dated: Hempstead, New York
      October 1, 2014

DENNIS M. BROWN
County Attorney of Suffolk County
Attorneys for County Defendants

By: _____

Arlene S. Zwilling
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788

Law Offices of Frederick K. Brewington
Attorneys for Plaintiff

By: _____

Mickheila Jasmin
556 Peninsula Boulevard
Hempstead, NY 11550

**SO ORDERED**


_____
JUDGE JUDGE GARY R. BROWN
United States Magistrate Judge
Eastern District New York

2