THE LAW OFFICES OF

# FREDERICK K. BREWINGTON

## Attorneys and Counselors at Law

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**                                                                              **Oscar Holt III**
**Cathryn Harris-Marchesi**                                                                            **Of Counsel**
**Tricia S. Lindsay**
**Julissa M. Proaño**

August 27, 2018

**_VIA ELECTRONIC CASE FILING_**
Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

> *Re:*   *McCune .v County of Suffolk, et.al.*
>          *Docket No.: CV-14-04431(LDW)(GRB)*

Dear Judge Brown:

   We are the attorneys representing the Plaintiff in the above referenced matter. On October 6, 2014, Your Honor issued an *Order* staying this matter pending the conclusion of the criminal case. Thereafter, on October 8, 2018, the Honorable Leonard D. Wexler issued an *Order* administratively closing this matter. We wish to inform the Court that the underlying criminal matter has been disposed of, and, therefore, respectfully request that the within matter be restored to the Court's calendar so that discovery may proceed.

   We thank the Court for its kind consideration.

Respectfully submitted,

*/S/ Frederick K. Brewington*
FREDERICK K. BREWINGTON

cc:   Arlene Zwilling, Esq. (via ecf)
FKB:pl