# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**  **Oscar Holt III**
**Cathryn Harris-Marchesi**  **Of Counsel**
Tricia S. Lindsay
Julissa M. Proaño

June 26, 2019

**_VIA ELECTRONIC FILING_**
Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

                Re:    *McCune v. County of Suffolk, et al.*
                        *Docket No.: CV 14-04431 (JS)(GRB)*

Dear Judge Brown:

      As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. On May 17, 2019, we wrote the Court regarding our intent to amend the Complaint, and requested permission to do so [DE14] On May 31, 2019, Your Honor issued an *Order* granting Plaintiff permission to amend his Complaint, on or before May 21, 2019. **(Exhibit A)** Because the date by which to file the amended Complaint was prior to the date the *Order* was issued, the May 21, 2019 date was inadvertently not calendared our diary. While conducting a case status review, we noticed the error in the *Order*, and noticed the error in our calendering as well. We further reviewed the Court's Docket Sheet, and found that an *Amended Order* correcting the date for filing the motion had not been issued. Accordingly we unintentionally did not move to amend the Complaint, as we intended.

      In light of the confusion, as indicated above, it is respectfully requested that the Court set forth a new date, allowing two (2) weeks by which Plaintiff should file his motion to amend the Complaint.

      We thank the Court for its kind consideration.

                                        Respectfully submitted,

                                      FREDERICK K. BREWINGTON

cc:    Arlene S. Zwilling (via ecf)
FKB:pl

**EXHIBIT A**

| From: | ecf_bounces@nyed.uscourts.gov |
| --- | --- |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 2:14-cv-04431-JS-GRB McCune v. County of Suffolk et al Order |
| Date: | Friday, May 31, 2019 4:01:06 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/31/2019 at 3:59 PM EDT and filed on 5/31/2019
**Case Name:** McCune v. County of Suffolk et al
**Case Number:** 2:14-cv-04431-JS-GRB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ELECTRONIC ORDER re [14] Letter filed by Steven McCune. Application granted. Plaintiff shall file his motion to amend the complaint on or before 05/21/2019. Ordered by Magistrate Judge Gary R. Brown on 5/31/2019. c/ecf (Gilpin, Daniel)**


**2:14-cv-04431-JS-GRB Notice has been electronically mailed to:**

Arlene S. Zwilling    arlene.zwilling@suffolkcountyny.gov,
Cheryl.Darcangelo@suffolkcountyny.gov, courtalert@suffolkcountyny.gov,
susan.flynn@suffolkcountyny.gov

Frederick K. Brewington    fred@brewingtonlaw.com, brewingtonlawdocs@yahoo.com, office@brewingtonlaw.com, precilla.lockett@brewingtonlaw.com

Julissa M. Proano    julissa.proano@brewingtonlaw.com, jrod8920@gmail.com

**2:14-cv-04431-JS-GRB Notice will not be electronically mailed to:**