UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEVEN McCUNE,

                                                **Docket No.: CV-14-4431**
                 Plaintiff,                               (JS)(GRB)

           *-against-*

COUNTY OF SUFFOLK, COUNTY OF SUFFOLK
POLICE DEPARTMENT, POLICE OFFICER JOHN
A. KURKLEN, in his individual and official capacity,
POLICE OFFICER MICHAEL S. TURANSKY, in his      **NOTICE OF MOTION**
individual and official capacity, POLICE OFFICER
CHRISTOPHER M. ZUCCARELLO, in his individual
and official capacity, POLICE OFFICER JOHN A. VOHS,
in his individual and official capacity, and POLICE OFFICER
"JOHN" AND "JANE" DOES 1-10, Shield Nos. Unknown,
individually and in their official capacities, as police officers
of the COUNTY OF SUFFOLK POLICE DEPARTMENT,

                                       Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Frederick K. Brewington and Memorandum of Law in Support, the Plaintiff will move before the Honorable Gary R. Brown, United States District Court Judge, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York, on a date to be set by the Court, for an order, pursuant to *Fed.R.Civ.P.* 15, for leave to amend the Complaint and awarding the Plaintiff such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that according to the Judge's Individual Rules regarding motion practice, responsive papers (if any) shall be served within 10 days, or as may otherwise be directed by the Court.

Dated: Hempstead, New York
July 19, 2019

Respectfully submitted,

LAW OFFICES OF
FREDERICK K. BREWINGTON

By: _____
FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959
