Exhibit C




McCune 0054



McCune 0055





McCune 0057



McCune 0058



McCune 0059



