**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**  
**COUNTY ATTORNEY**                                                                                                                                      **DEPARTMENT OF LAW**

July 31, 2019

Hon. Gary R. Brown, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: McCune v. County of Suffolk
    CV14-4431(JS)(GRB)

Dear Judge Brown:

The Suffolk County Attorney's Office represents defendants in this §1983 action.

Plaintiff has moved to amend the complaint and the motion has been referred to Your Honor by District Judge Seybert.  We have conferred with counsel for plaintiff and have obtained their consent to defendants having until August 23, 2019 to serve their papers in opposition to the motion.  Respectfully, we ask the Court permit defendants to submit their opposition by said date.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis Brown
Suffolk County Attorney

By:  */s/ Arlene S. Zwilling*
    Arlene S. Zwilling
    Assistant County Attorney

LOCATION                                MAILING ADDRESS
H. LEE DENNISON BLDG.               P.O. BOX 6100                                       (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY 11788-0099   ♦   TELECOPIER (631) 853-5169