UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVEN MCCUNE,

                Plaintiff,

-against-

COUNTY OF SUFFOLK, COUNTY OF SUFFOLK POLICE DEPARTMENT, POLICE OFFICER JOHN A. KURKLEN, in his individual and official capacity, POLICE OFFICER MICHAEL S. TURANSKY, in his individual and official capacity, POLICE OFFICER CHRISTOPHER M. ZUCCARELLO, in his individual and official capacity, POLICE OFFICER JOHN A. VOHS, in his individual and official capacity, and POLICE OFFICER "JOHN" AND "JANE" DOES 1-10, Shield Nos. Unknown, individually and in their official capacities, as police officers of the COUNTY OF SUFFOLK POLICE DEPARTMENT,

                Defendants.

**STIPULATION**

14-CV-04431 (JS))GRB)

It is hereby AGREED, CONSENTED and STIPULATED by and between the parties that:

1) Defendants consent to plaintiff filing an Amended Complaint in the form that has been docketed with the Court as docket entry no. 16-3; and

2) In return for the aforesaid consent given by defendants, plaintiff agrees that defendants' right to pursue, hereafter raise, move upon, and defend this case based upon any and all defenses generally available to a defendant, including but not limited to those set forth in Rules 56, 59

and 60, are fully reserved without prejudice, since defendants do not intend to make a Rule 12(b)(6) motion.

Dated: Hauppauge, New York
August 21, 2019

By: Law Office of Frederick K. Brewington
Attorney for Plaintiff
556 Peninsula Blvd.
Hempstead, New York 11550

Dennis M. Brown
Suffolk County Attorney
Attorney for Defendants
By: Arlene S. Zwilling
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788

SO ORDERED:

Dated: August ____, 2019

_____
Hon. Gary R. Brown, U.S.M.J.