

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**                                                                                             **Oscar Holt III**
**Cathryn Harris-Marchesi**                                                                         **Of Counsel**
Tricia S. Lindsay
Julissa M. Proaño

October 25, 2019

**<u>VIA ELECTRONIC FILING</u>**
Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *McCune v. County of Suffolk, et.al.*
               Docket No.: CV-14-04431(JS)(GRB)

Dear Judge Brown:

     As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. In accordance with the Court's *Order* of October 4, 2019, the parties respectfully wish to inform the Court of the status of this matter.

     At this time, the parties do not intend to enter into a motion for summary judgment. We intend to engage in discovery, and have agreed upon a discovery schedule. Plaintiff has previously provided initial disclosures to Defendants, and Defendants' will provide initial disclosures on November 15, 2019. Accordingly, we respectfully enclose an *Amended Proposed Scheduling Order* for Your Honor's review.

     We thank the Court for its kind consideration.

                                                        Respectfully submitted,

                                                        */S/ Frederick K. Brewington*
                                                       FREDERICK K. BREWINGTON

cc:    Arlene S. Zwilling, Esq.
Enclosure
FKB:pl