# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Maria K. Dyson
Albert D. Manuel III

Oscar Holt III
Of Counsel

August 31, 2021

**BY ELECTRONIC CASE FILING**
Honorable Joanna Seybert
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re:   *McCune v. County of Suffolk, et al.*
      *Docket No.: 2:14-CV-04431 (JS)(AKT)*

Dear Judge Seybert:

As your records will reflect, we are the attorneys for the Plaintiff in the above referenced matter. In accordance with the Court's *Order* of August 5, 2021, the parties respectfully provide the within joint report of the status of this matter.

All fact discovery, including depositions, have concluded. The parties have not exchanged expert reports and therefore, will not be utilizing the service of experts in this matter. Additionally, as of this date, the parties have not engaged in settlement discussions. The parties have conferred, and have agreed to file a *Proposed Joint Pretrial Order* by October 8, 2021. It is respectfully requested that the Court So Order this proposed schedule.

We thank the Court for its kind consideration.

Respectfully submitted,

FREDERICK K. BREWINGTON

cc:   Arlene S. Zwilling, Esq. (via ecf)
FKB:pl