# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 29, 2021 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-14-4431 (JS) |
| **NAME OF CASE(S):** | **MCCUNE V. COUNTY OF SUFFOLK ET AL** |
| **FOR PLAINTIFF(S):** | Brewington |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | **FEBRUARY 7, 2022 AT 2:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Parties have submitted a Joint Pretrial Order that substantially complies with the Individual Practice Rules of the District Court. Accordingly, the Court certifies that this matter is ready for trial before the Honorable Joanna Seybert.

At the parties' request the Court will hold a telephone settlement conference on February 7, 2022. Counsel for plaintiff shall call into the conference at 2:00 p.m. with the client on the line and counsel for Defendants shall call into the conference at 2:30 p.m. with the clients on the line. The parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145. Parties shall file ex parte settlement statements by February 4, 2022. A motion to file ex parte is not required.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**