# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Steven McCune | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **14-cv-4431-JS-ST** |
| County of Suffolk, et. al. | Date: **2/21/2023** |
| | Start Time: **9:15 AM**  Total Time: 30 mins. |

## MINUTE ENTRY FOR A CIVIL PROCEEDING
### SEALED PROCEEDING: ☐ Yes ☑ No

### I. APPEARANCES:

Plaintiff: **Frederick K. Brewington, Esq.**

Defendant: **Arlene S. Zwilling, Esq.**

Court Reporter: ___
FTR Time: 9:15 - 9:33, 9:52 - 10:04
Courtroom Deputy: Eric L. Russo

### II. PROCEEDINGS HELD:

☑ In-Person
☐ By Telephone
☐ Bench Trial
☐ Contempt Hearing
☐ Evidentiary Hearing
☐ Fairness/Settlement Hearing
☐ Jury Deliberations
☐ Jury Selection (*Voir Dire*)
☐ Jury Trial
☐ Motion Hearing
☐ Preliminary Injunction Hearing
☐ Pre-Motion Conference
☑ Status/Pre-Trial Conference
☐ Show Cause Hearing

☐ Other Proceeding: ___

### III. PROCEEDINGS SUMMARY:

☐ Preliminary Injunction Hearing held.
  ☐ The parties presented their oral arguments to the Court.
  ☐ Witness(es) were called for the: ☐ ___ ; ☐ ___ ; ☐ ___ .
  ☐ Exhibits were entered into evidence.
  ☐ The Court made the following ruling(s):
    ☐ Motion <u>granted</u> as to the:   ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    ☐ Motion <u>denied</u> as to the:   ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    ☐ Motion <u>granted, in part, and denied, in part</u>, as to the:   ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    ☐ Motion found <u>moot</u> as to the:   ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    ☐ Decision <u>reserved</u> as to the:   ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
  ☐ The following briefing schedule was set as to ___:
    ☐ ___ shall serve the <u>motion</u> and all supporting papers by: ___.
    ☐ ___ shall serve the <u>opposition to the motion</u> and all supporting papers by: ___.
    ☐ ___ shall serve the <u>cross-motion</u> and all supporting papers by: ___.
    ☐ ___ shall serve the <u>reply</u> and all supporting papers by: ___.
    ☐ ___ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: ___.
    ☐ ___ shall serve the <u>reply to the cross motion</u> and all supporting papers by: ___.
  ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before ___.
  ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on ___ (*same date as the final reply date*).
  ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
    (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
  ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
  ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☑ Pre-Motion/Status/Pre-Trial Conference held.
   ☑ The parties advised the Court of the status of the case.
   ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
   ☐ The following briefing schedule was set as to _____:
      ☐ _____ shall serve the motion and all supporting papers by: _____.
      ☐ _____ shall serve the opposition to the motion and all supporting papers by: _____.
      ☐ _____ shall serve the cross-motion and all supporting papers by: _____.
      ☐ _____ shall serve the reply and all supporting papers by: _____.
      ☐ _____ shall serve the opposition to the cross motion and all supporting papers by: _____.
      ☐ _____ shall serve the reply to the cross motion and all supporting papers by: _____.
   ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
   ☐ The Court deemed this case ready for trial (or was previously deemed ready for trial by the Magistrate Judge).
   ☐ The Court set the following pre-hearing/pre-trial submission schedule:
      ☐ Motions in Limine due by: _____.
      ☐ Oppositions to Motions in Limine due by: _____.
      ☐ Replies to Motions in Limine due by: _____.
      ☐ Proposed Voir Dire questions and case summary due by: _____.
      ☐ Proposed exhibits and witness list due by: _____.
      ☐ Requests to Charge and proposed verdict sheets due by: _____.
      ☐ _____: _____.
   ☐ The Court will enter a separate order outlining the pre-hearing/pre-trial submission schedule.
   ☐ The Court ordered that no motion papers shall be filed on ECF until the motion is fully briefed on _____ (*same date as the final reply date*).
   ☐ The parties are to ensure courtesy copies of their submissions are promptly provided to Chambers.
      (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
   ☑ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Contempt/Evidentiary/Motion/Show-Cause Hearing held.
   ☐ Hearing held regarding _____.
   ☐ _____ moved for:
      ☐ Judgment as a Matter of Law (Rule 50(a))
      ☐ Judgment Notwithstanding the Verdict (Rule 50(b))
      ☐ Mistrial/New Trial (Rule 59)
      ☐ _____.
   ☐ The parties presented their oral arguments to the Court.
   ☐ The following briefing schedule was set as to the motion(s) above:
      ☐ _____ shall serve the motion and all supporting papers by: _____.
      ☐ _____ shall serve the opposition to the motion and all supporting papers by: _____.
      ☐ _____ shall serve the cross-motion and all supporting papers by: _____.
      ☐ _____ shall serve the reply and all supporting papers by: _____.
      ☐ _____ shall serve the opposition to the cross motion and all supporting papers by: _____.
      ☐ _____ shall serve the reply to the cross motion and all supporting papers by: _____.
   ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
   ☐ The Court will enter a separate order outlining the post-trial submission schedule.
   ☐ The Court ordered that no motion papers shall be filed on ECF until the motion is fully briefed on _____ (*same date as the final reply date*).
   ☐ The parties are to ensure courtesy copies of their submissions are promptly provided to Chambers.
      (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
   ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
   ☐ Exhibits were entered into evidence.
   ☐ The Court made the following ruling(s): ☐ Motion granted; ☐ Motion denied; ☐ Motion granted, in part, and denied, in part.
   ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
   ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Fairness Hearing/Settlement Conference held.
  ☐ The parties outlined the details of the settlement agreement.
  ☐ No party(ies) appeared opposing the settlement.
  ☐ Objections to the proposed settlement were heard.
  ☐ The Court made the following ruling(s):
    ☐ Motion granted as to the:                             ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    ☐ Motion denied as to the:                              ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    ☐ Motion granted, in part, and denied, in part, as to the:  ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    ☐ Motion found moot as to the:                          ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    ☐ Decision reserved as to the:                          ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
  ☐ The following briefing schedule was set as to _____:
    ☐ _____ shall serve the motion and all supporting papers by: _____.
    ☐ _____ shall serve the opposition to the motion and all supporting papers by: _____.
    ☐ _____ shall serve the cross-motion and all supporting papers by: _____.
    ☐ _____ shall serve the reply and all supporting papers by: _____.
    ☐ _____ shall serve the opposition to the cross motion and all supporting papers by: _____.
    ☐ _____ shall serve the reply to the cross motion and all supporting papers by: _____.
  ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
  ☐ The Court ordered that no motion papers shall be filed on ECF until the motion is fully briefed on _____ (*same date as the final reply date*).
  ☐ The parties are to ensure courtesy copies of their submissions are promptly provided to Chambers.
     (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
  ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
  ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Bench Trial held/continued.
  ☐ Opening statements were heard from the: ☐ _____; ☐ _____; ☐ _____.
  ☐ Opening statements waived by the:       ☐ _____; ☐ _____; ☐ _____.
  ☐ Witness(es) were called for the:         ☐ _____; ☐ _____; ☐ _____.
  ☐ Exhibits were entered into evidence.
  ☐ _____ rests.
  ☐ _____ rests.
  ☐ _____ rests.
  ☐ Summations were heard from the:  ☐ _____; ☐ _____; ☐ _____.
  ☐ Summations waived by the:        ☐ _____; ☐ _____; ☐ _____.
  ☐ The Court set the following post-trial submission schedule:
    ☐ _____ Findings of Fact and Conclusions of Law are due by: _____.
    ☐ _____ Findings of Fact and Conclusions of Law are due by: _____.
    ☐ _____ Findings of Fact and Conclusions of Law are due by: _____.
    ☐ _____: _____.
    ☐ _____: _____.
    ☐ _____: _____.
  ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
  ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.


[ *REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK* ]

- ☐ Jury Selection (*Voir Dire*) held/continued.
    - ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    - ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    - ☐ _____ moved for a Batson Challenge as to Juror Number _____.
        - ☐ The parties presented their oral arguments to the Court.
        - ☐ The motion was ☐ granted and the juror was excused; ☐ denied and the juror remains unchallenged.
    - ☐ A jury of _____ were selected and are satisfactory to all parties.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Jury Trial held/continued.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ The jurors were given preliminary instructions by the Court.
    - ☐ Opening statements were heard from the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Opening statements waived by the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Exhibits were entered into evidence.
    - ☐ _____ rests.
    - ☐ _____ rests.
    - ☐ _____ rests.
    - ☐ The Charge Conference was held between the Court and the parties (absent the presence of the jury).
    - ☐ Summations were heard from the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Summations waived by the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ The Court charged the jury.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Jury Deliberations held.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    - ☐ The jury rendered their verdict.
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
    - ☐ The jurors were excused with the thanks of the Court.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

[ *REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK* ]

## IV. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court and the parties listed on the case **ONLY**. Any other non-party who wishes to get a copy of the transcripts must file a written request to the Court for consideration.

☑ - The parties advise the Court that they are willing to pursue settlement of this action through Mediation. Plaintiff's counsel will serve a written settlement demand to defense counsel by 2/23/2023.

- The parties were further advised that if settlement is not reached, jury selection is tentatively set for 3/20/2023.

## V. FURTHER PROCEEDINGS SET:

☐ Bench Trial: _____ at _____ before Judge _____ (_____).
☐ Contempt Hearing: _____ at _____ before Judge _____ (_____).
☐ Evidentiary Hearing: _____ at _____ before Judge _____ (_____).
☐ Fairness Hearing: _____ at _____ before Judge _____ (_____).
☐ Jury Selection: _____ at _____ before Judge _____ (_____).
☐ Jury Trial: _____ at _____ before Judge _____ (_____).
☐ Motion Hearing: _____ at _____ before Judge _____ (_____).
☐ Preliminary Injunction Hearing: _____ at _____ before Judge _____ (_____).
☐ Pre-Motion Conference: _____ at _____ before Judge _____ (_____).
☐ Pre-Trial Conference: _____ at _____ before Judge _____ (_____).
☐ Settlement Conference: _____ at _____ before Judge _____ (_____).
☐ Show Cause Hearing: _____ at _____ before Judge _____ (_____).
☑ Status Conference: **3/2/2023** at **9:00 AM** before Judge **Joanna Seybert** (**By telephone.**).
☑ Further instructions regarding the proceedings set:
  ☑ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
  ☐ 

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)