# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Steven McCune | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **14-cv-4431-JS-ST** |
| County of Suffolk, et. al. | Date: **3/2/2023** |
| | Start Time: **9:05 AM**   Total Time: 15 mins. |

### MINUTE ENTRY FOR A CIVIL PROCEEDING
### SEALED PROCEEDING: ☐ Yes  ☑ No

## I. APPEARANCES:

Plaintiff: **Frederick K. Brewington, Esq.**
Defendant: **Arlene S. Zwilling, Esq.**

Court Reporter: **Paul Lombardi**
FTR Time:
Courtroom Deputy: Eric L. Russo

## II. PROCEEDINGS HELD:

- ☐ In-Person
- ☑ By Telephone
- ☐ Bench Trial
- ☐ Contempt Hearing
- ☐ Evidentiary Hearing
- ☐ Fairness/Settlement Hearing
- ☐ Jury Deliberations
- ☐ Jury Selection (*Voir Dire*)
- ☐ Jury Trial
- ☐ Motion Hearing
- ☐ Preliminary Injunction Hearing
- ☐ Pre-Motion Conference
- ☑ Status/Pre-Trial Conference
- ☐ Show Cause Hearing
- ☐ Other Proceeding: _____

## III. PROCEEDINGS SUMMARY:

- ☐ Preliminary Injunction Hearing held.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
  - ☐ Exhibits were entered into evidence.
  - ☐ The Court made the following ruling(s):
    - ☐ Motion <u>granted</u> as to the:    ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    - ☐ Motion <u>denied</u> as to the:    ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    - ☐ Motion <u>granted, in part, and denied, in part</u>, as to the: ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    - ☐ Motion found <u>moot</u> as to the:    ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    - ☐ Decision <u>reserved</u> as to the:    ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
  - ☐ The following briefing schedule was set as to _____:
    - ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
- ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
- ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
- ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
  (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
- ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
- ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☑ Pre-Motion/Status/Pre-Trial Conference held.
  - ☑ The parties advised the Court of the status of the case.
  - ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
  - ☐ The following briefing schedule was set as to _____:
    - ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
  - ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
  - ☐ The Court deemed this case ready for trial (or was previously deemed ready for trial by the Magistrate Judge).
  - ☐ The Court set the following pre-hearing/pre-trial submission schedule:
    - ☐ <u>Motions in Limine</u> due by: _____.
    - ☐ <u>Oppositions</u> to Motions in Limine due by: _____.
    - ☐ <u>Replies</u> to Motions in Limine due by: _____.
    - ☐ <u>Proposed Voir Dire</u> questions and <u>case summary</u> due by: _____.
    - ☐ <u>Proposed exhibits and witness list</u> due by: _____.
    - ☐ <u>Requests to Charge</u> and <u>proposed verdict sheets</u> due by: _____.
    - ☐ _____: _____.
  - ☐ The Court will enter a separate order outlining the pre-hearing/pre-trial submission schedule.
  - ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
  - ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
    (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
  - ☑ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Contempt/Evidentiary/Motion/Show-Cause Hearing held.
  - ☐ Hearing held regarding _____.
  - ☐ _____ moved for:
    - ☐ Judgment as a Matter of Law (Rule 50(a))
    - ☐ Judgment Notwithstanding the Verdict (Rule 50(b))
    - ☐ Mistrial/New Trial (Rule 59)
    - ☐ _____.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ The following briefing schedule was set as to the motion(s) above:
    - ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
    - ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
  - ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
  - ☐ The Court will enter a separate order outlining the post-trial submission schedule.
  - ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
  - ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
    (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
  - ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
  - ☐ Exhibits were entered into evidence.
  - ☐ The Court made the following ruling(s): ☐ Motion <u>granted</u>; ☐ Motion <u>denied</u>; ☐ Motion <u>granted, in part, and denied, in part</u>.
  - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
  - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Fairness Hearing/Settlement Conference held.
    ☐ The parties outlined the details of the settlement agreement.
    ☐ No party(ies) appeared opposing the settlement.
    ☐ Objections to the proposed settlement were heard.
    ☐ The Court made the following ruling(s):
        ☐ Motion <u>granted</u> as to the:      ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Motion <u>denied</u> as to the:       ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Motion <u>granted, in part, and denied, in part</u>, as to the:  ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Motion found <u>moot</u> as to the:      ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Decision <u>reserved</u> as to the:      ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    ☐ The following briefing schedule was set as to _____:
        ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
    ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
    ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
    ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
        (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Bench Trial held/continued.
    ☐ Opening statements were heard from the: ☐ _____; ☐ _____; ☐ _____.
    ☐ Opening statements waived by the: ☐ _____; ☐ _____; ☐ _____.
    ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
    ☐ Exhibits were entered into evidence.
    ☐ _____ rests.
    ☐ _____ rests.
    ☐ _____ rests.
    ☐ Summations were heard from the: ☐ _____; ☐ _____; ☐ _____.
    ☐ Summations waived by the: ☐ _____; ☐ _____; ☐ _____.
    ☐ The Court set the following post-trial submission schedule:
        ☐ _____ <u>Findings of Fact and Conclusions of Law</u> are due by: _____.
        ☐ _____ <u>Findings of Fact and Conclusions of Law</u> are due by: _____.
        ☐ _____ <u>Findings of Fact and Conclusions of Law</u> are due by: _____.
        ☐ _____: _____.
        ☐ _____: _____.
        ☐ _____: _____.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

[ *REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK* ]

- ☐ Jury Selection (*Voir Dire*) held/continued.
    - ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    - ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    - ☐ _____ moved for a Batson Challenge as to Juror Number _____.
        - ☐ The parties presented their oral arguments to the Court.
        - ☐ The motion was ☐ granted and the juror was excused; ☐ denied and the juror remains unchallenged.
    - ☐ A jury of _____ were selected and are satisfactory to all parties.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Jury Trial held/continued.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ The jurors were given preliminary instructions by the Court.
    - ☐ Opening statements were heard from the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Opening statements waived by the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Exhibits were entered into evidence.
    - ☐ _____ rests.
    - ☐ _____ rests.
    - ☐ _____ rests.
    - ☐ The Charge Conference was held between the Court and the parties (absent the presence of the jury).
    - ☐ Summations were heard from the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Summations waived by the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ The Court charged the jury.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Jury Deliberations held.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    - ☐ The jury rendered their verdict.
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
    - ☐ The jurors were excused with the thanks of the Court.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

[ *REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK* ]

## IV. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court and the parties listed on the case **ONLY**. Any other non-party who wishes to get a copy of the transcripts must file a written request to the Court for consideration.

☑ 
- The parties advised the Court that they have been discussing settlement since the last conference and that they would be willing to go to Mediation.

- The parties also advised the Court that they would consider consenting to Magistrate Judge Tiscione for all purposes. Counsel will confer with their respective clients.

## V. FURTHER PROCEEDINGS SET:

☐ Bench Trial: _____ at _____ before Judge _____(_____).
☐ Contempt Hearing: _____ at _____ before Judge _____(_____).
☐ Evidentiary Hearing: _____ at _____ before Judge _____(_____).
☐ Fairness Hearing: _____ at _____ before Judge _____(_____).
☐ Jury Selection: _____ at _____ before Judge _____(_____).
☐ Jury Trial: _____ at _____ before Judge _____(_____).
☐ Motion Hearing: _____ at _____ before Judge _____(_____).
☐ Preliminary Injunction Hearing: _____ at _____ before Judge _____(_____).
☐ Pre-Motion Conference: _____ at _____ before Judge _____(_____).
☐ Pre-Trial Conference: _____ at _____ before Judge _____(_____).
☐ Settlement Conference: _____ at _____ before Judge _____(_____).
☐ Show Cause Hearing: _____ at _____ before Judge _____(_____).
☑ Status Conference: __**3/3/2023**__ at __**10:30AM**__ before Judge __**Joanna Seybert**__ (__**By telephone.**__).
☑ Further instructions regarding the proceedings set:
  ☑ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
  ☐ 

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)