UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVEN MCCUNE,

                                        Plaintiff,                    **NOTICE OF APPEARANCE**

                    -against-
                                                                      14-cv-04431(ST)

COUNTY OF SUFFOLK, COUNTY OF SUFFOLK
POLICE DEPARTMENT, POLICE OFFICER JOHN
A. KURKLEN, in his individual and official capacity,
POLICE OFFICER MICHAEL S. TURANSKY, in his
individual and official capacity, POLICE OFFICER
CHRISTOPHER M. ZUCCARELLO, in his individual
and official capacity, POLICE OFFICER JOHN A.
VOHS, in his individual and official capacity, and
POLICE OFFICER "JOHN" AND "JANE" DOES
1-10, Shield Nos. Unknown, individually and in their
official capacities, as police officers of the COUNTY
OF SUFFOLK POLICE DEPARTMENT,
                                        Defendants.

PLEASE TAKE NOTICE that Callan W. Tauster, Assistant County Attorney of the Suffolk

County Attorney's Office, does hereby enter her appearance on behalf of Defendants, County of

Suffolk, John A. Kurklen, Michael S. Turansky, Christopher M. Zuccarello and John A. Vohs. Any

and all correspondence, documents, notices and filings should be forwarded to Callan W. Tauster,

Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Hwy., Hauppauge, New York

11788-0099.

Dated:  Hauppauge, New York
          May 25, 2023                    Respectfully submitted,

                                          Dennis M. Brown
                                          Acting Suffolk County Attorney
                                          P.O. Box 6100
                                          100 Veterans Memorial Hwy.
                                          Hauppauge, New York 11788-0099
                                          631-853-4055

                          By:    /s/ Callan W. Tauster
                                          Callan W. Tauster
                                          Assistant County Attorney