**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**ACTING COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

August 3, 2023

Hon. Steven Tiscione, U.S.M.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:  *McCune v. County of Suffolk*
      CV14-4431(ST)

Dear Judge Tiscione:

As the parties have previously advised the Court, this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $500,000.00 (Five Hundred Thousand Dollars) exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment.

Attached for the court's consideration is a letter from plaintiff's counsel, Frederick K. Brewington, Esq., which confirms consent to the settlement, and a letter which confirms approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature.

An Order for the Court's signature is also attached.

Please advise if the Court requires any further information prior to approval of the settlement.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney

By:  */s/ Arlene S. Zwilling*
Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099    ♦

(631) 853-4049
TELECOPIER (631) 853-5169