

**THE LAW OFFICES OF**
# FREDERICK K. BREWINGTON

ORIGINAL

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Leah Jackson
Cobia Powell

Of Counsel
Oscar Holt III
Jay D. Umans

August 2, 2023

**BY EMAIL AND BY HAND**
Arlene S. Zwilling, Esq.
Office of the County Attorney
County of Suffolk
H. Lee Dennison Building
100 Veterans Memorial Highway, 5th Floor
Hauppauge, New York 11788

        Re:   McCune v. County of Suffolk, et. al.
        Docket No.: CV-2:14-4431 (JS)

Dear Ms. Zwilling:

    As you know, we are the attorneys representing the Plaintiff Steven McCune, in the above referenced matter. On behalf of our offices and our client, we respectfully provide you with this letter to confirm our statement made on the record during the trial and thereafter confirmed by the execution of the release and hold harmless documents by our client that we accept the settlement as has been confirmed and authorized by the County of Suffolk Legislature. Please issue payment of the settlement promptly.

                                    Sincerely,

                                    FREDERICK K. BREWINGTON

FKB.pl