# OFFICE OF THE COUNTY LEGISLATURE
## COUNTY OF SUFFOLK

**ROBERT TROTTA**
**LEGISLATOR, 13TH DISTRICT**



59 LANDING AVENUE
SMITHTOWN, NY 11787
(631) 854-3900
FAX (631) 854-3903
e-mail: Robert.Trotta@suffolkcountyny.gov

July 20, 2023

Susan A. Flynn
Deputy County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

**Re: (Steven McCune *v.* County of Suffolk, et al)**

Dear Ms. Flynn:

This letter will confirm that at the June 15, 2023 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of **$500,000.00 (five hundred thousand dollars)** was authorized.

Very truly yours,

Robert Trotta
Suffolk County Legislator
Chair, Ways and Means Committee