UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MCCUNE,<br><br>                                             Plaintiffs,<br><br>-against-<br><br>COUNTY OF SUFFOLK, COUNTY OF SUFFOLK POLICE DEPARTMENT, POLICE OFFICER JOHN A.KURKLEN, in his individual and official capacity, POLICE OFFICER MICHAEL S. TURANSKY, in his individual and official capacity, POLICE OFFICER CHRISTOPHER M. ZUCCARELLO, in his individual and official capacity, POLICE OFFICER JOHN A. VOHS, in his individual and official capacity, and POLICE OFFICER "JOHN" AND "JANE" DOES 1-10, Shield Nos. Unknown, individually and in their official capacities, as police officers of the COUNTY OF SUFFOLK POLICE DEPARTMENT,<br><br>                                             Defendants. | ORDER ISSUED PURSUANT TO G.M.L. § 6-n APPROVING SETTLEMENT<br><br>14-cv-04431(ST) |

P R E S E N T:  Hon. Steven L. Tiscione,

WHEREAS, an application has been made to the undersigned by defendants County of Suffolk, Suffolk County Police Department, Suffolk County Police Officers John A. Kurklen, Michael S. Turansky, Christopher M. Zuccarello, and John A. Vohs in the captioned action for an Order approving a settlement of the action pursuant to Section 6-n of the General Municipal Law of the State of New York, for Five Hundred Thousand Dollars ($500,000.00),

Now, upon reading and filing:

a)      the letter of Assistant County Attorney, Arlene S. Zwilling, dated August 3, 2023;

b)      the General Release signed by plaintiff, Steven McCune;

      c)      the letter of plaintiff's attorney Frederick K. Brewington, Esq. agreeing to settlement;

      d)      the letter of Robert Trotta, Chairman of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated July 20, 2023, approving settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the proposed settlement Five Hundred Thousand Dollars ($500,000.00), to be paid by defendants County of Suffolk, Suffolk County Police Department is just, reasonable and in the best interest of Suffolk County, the defendants and the plaintiff;

IT IS, therefore, on the application of defendants, County of Suffolk, Suffolk County Police Department, Suffolk County Police Officers John A. Kurklen, Michael S. Turansky, Christopher M. Zuccarello, and John A. Vohs, and with the consent of the plaintiff's attorney;

THEREFORE ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the captioned matter for the amount of Five Hundred Thousand Dollars ($500,000.00), inclusive of all costs, disbursements and attorney's fees, to be paid to plaintiff, Steven McCune and his attorney, Frederick K. Brewington, Esq., is approved, and the application for said approval is hereby granted.

SO ORDERED.

E N T E R:

_____

Hon. Steven L. Tiscione, U.S.M.J.
