**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**  **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

September 6, 2023

Hon. Steven Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re: *McCune v. County of Suffolk*
       14-cv-4431(ST)

Dear Judge Tiscione:

The Suffolk County Attorney's Office represents defendants in this § 1983 action. We submit this letter in response to the letter of Frederick K. Brewington, Esq., counsel for plaintiff, filed today.

It is disingenuous for plaintiff to assert that he has been waiting over three months for a settlement check. The Order approving the settlement was not entered by the Court until August 22, 2023. The check could not be issued until the Order was entered. Surely, Mr. Brewington is aware of this circumstance from his numerous other cases against the County.

In any event, this office does not have the ability to issue settlement checks. Only the County Treasurer can issue settlement checks. The Treasurer's Office did not issue the check on September 18, 2023, but we are assured that it will be issued in the next "check run" scheduled for next Monday, September 25, 2023.

Respectfully, defendants request that the Court cancel the teleconference scheduled for September 22, 2023.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney

*/s/ Arlene S. Zwilling*

by Arlene S. Zwilling
   Assistant County Attorney

**LOCATION**                  **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**         **P.O. BOX 6100**                           **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY** ♦    **HAUPPAUGE, NY 11788-0099**    ♦    **TELECOPIER (631) 853-5169**